In the Matter of WILLIAM THOMPSON, Appellant, against JACK VALENTINE et al., Constituting the Board of Elections of Wayne County, et al., Respondents.

Argued October 27, 1947; decided October 27, 1947.

*Victor Levine* for appellant. The remedy sought in this proceeding was a proper one. (*Matter of McCabe* v. *Voorhis,* 243 N. Y. 401; *Frank* v. *Eaton,* 225 App. Div. 149; *Matter of Foote* v. *Lee,* 175 Misc. 60; *Matter of Layman,* 164 Misc. 558.)

*John W. Brandt* for Town Clerk of the Town of Butler, respondent. The Supreme Court has no jurisdiction to enter-

tain this proceeding in its present form. (Alcoholic Beverage Control Law, § 144; Election Law, § 142; § 330, subd. 1; Civ. Prac. Act, § 1285, subd. 4; *Matter of Keough,* 179 Misc. 1; *Schieffelin* v. *Britt,* 150 App. Div. 568.)

*Per Curiam.* Appellant was, under the provisions of subdivision 1 of section 330 of the Election Law, as made applicable to this proceeding by section 144 of the Alcoholic Beverage Control Law, required to bring this proceeding within fourteen days after the last date for filing the local option petition. Since this present proceeding was not begun within that period, it should have been dismissed at Special Term. We pass on no other question.

The order should be affirmed, without costs.

LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ., concur; CONWAY, J., taking no part.

Order affirmed.